1 | **RIVERA HEWITT PAUL LLP**
SHANAN L. HEWITT (SBN 200168)
2 | 2355 Gold Meadow Way, Ste. 170
Gold River, California 95670
3 | Tel: 916-922-1200
Fax: 916-922-1303
4 | Email: shewitt@rhplawyers.com

5 | Attorneys for Defendant
DR. JEFFREY PEARL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHREE PANDEY, an Individual, | TEMPORARY CASE NO.: **25-1837** |
|---|---|
| Plaintiff, | (Yolo County Superior Court Case No: CV2025-1124) |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, A CALIFORNIA PUBLIC CORPORATION; DR. JEFFREY PEARL, AN INDIVIDUAL; AND DOES 1-20, INCLUSIVE, | **NOTICE OF ERRATA RE: DEFENDANT DR. JEFFREY PEARL'S EXHIBIT K ATTACHED TO REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b); DECLARATION OF SHANAN L. HEWITT IN SUPPORT THEREOF** |
| Defendants. | |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD: PLEASE TAKE NOTICE** that Defendant DR. JEFFREY PEARL inadvertently attached the incorrect Exhibit K to Defendant Dr. Jeffrey Pearl's Removal of Action Pursuant to 28 U.S.C. §1441 (b); Declaration of Shanan L. Hewitt in Support Thereof. To correct this error, Defendant Dr. Jeffrey Pearl will file an amended Exhibit K reflecting the version that was filed with the State Court.

///

///

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

NOTICE OF ERRATA RE: EXHIBIT K
Case No.

1

1 | DATED: December 29, 2025

Respectfully submitted,

RIVERA HEWITT PAUL LLP

*/s/ Shanan L. Hewitt*

———————————————
SHANAN L. HEWITT
Attorneys for Defendant
DR. JEFFREY PEARL

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

NOTICE OF ERRATA RE: EXHIBIT K
Case No.

2

*Pandey v. Regents of the University of California, et al.*
**Eastern District Court Case No.:**
**Temporary Case No. 25-1837**

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento. My business address is 2355 Gold Meadow Way, Suite 170, Gold River, California, 95670. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with RIVERA HEWITT PAUL LLP's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**NOTICE OF ERRATA RE: DEFENDANT DR. JEFFREY PEARL'S EXHIBIT K ATTACHED TO REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b); DECLARATION OF SHANAN L. HEWITT IN SUPPORT THEREOF**

X    by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. Mail.

| **Counsel for Plaintiff:** | **Counsel for UC Regents:** |
|---|---|
| SARI LAW FIRM<br>Yakup Sari, Esq.<br>540 N Golden Cir Dr. # 303<br>Santa Ana, CA 92705<br>Tel: (949) 426-5071<br>E-mail: info@sarilaw.us | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br>Lindsay A. Goulding, SBN 227195<br>Raquel C. Caballero, SBN 340234<br>2180 Harvard Street, Suite 500<br>4 Sacramento, California 95815<br>lgoulding@porterscott.com<br>rcaballero@ponerscott.com<br>TEL: 916.929.1481<br>FAX: 916.927.3706 |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on December 29, 2025 at Gold River, California.

*/s/ Debra Vega*
_____
Debra Vega

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

NOTICE OF ERRATA RE: EXHIBIT K
Case No.

3