**RIVERA HEWITT PAUL LLP**
SHANAN L. HEWITT (SBN 200168)
2355 Gold Meadow Way, Ste. 170
Gold River, California 95670
Tel: 916-922-1200
Fax: 916-922-1303
Email: shewitt@rhplawyers.com

Attorneys for Defendant
DR. JEFFREY PEARL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHREE PANDEY, an Individual, | TEMPORARY CASE NO.: **25-1837** |
| Plaintiff, | (Yolo County Superior Court Case No: CV2025-1124) |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, A CALIFORNIA PUBLIC CORPORATION; DR. JEFFREY PEARL, AN INDIVIDUAL; AND DOES 1-20, INCLUSIVE, | **CORRECTED EXHIBIT K ATTACHED HERETO RE. DEFENDANT DR. JEFFREY PEARL'S REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b); DECLARATION OF SHANAN L. HEWITT IN SUPPORT THEREOF** |
| Defendants. | |

DATED: December 29, 2025        Respectfully submitted,

RIVERA HEWITT PAUL LLP

*/s/ Shanan L. Hewitt*
_____
SHANAN L. HEWITT
Attorneys for Defendant
DR. JEFFREY PEARL

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

DEFENDANT JEFFREY PEARL'S CORRECTED EX. K
Case No.

1

*Pandey v. Regents of the University of California, et al.*
*Eastern District Court Case No.:*
*Temporary Case No. 25-1837*

## PROOF OF SERVICE

  I am a citizen of the United States, employed in the County of Sacramento. My business address is 2355 Gold Meadow Way, Suite 170, Gold River, California, 95670. I am over the age of 18 years and not a party to the above-entitled action.

  I am familiar with RIVERA HEWITT PAUL LLP's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**CORRECTED EXHIBIT K ATTACHED HERETO RE. DEFENDANT DR. JEFFREY PEARL'S REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b); DECLARATION OF SHANAN L. HEWITT IN SUPPORT THEREOF**

 X   by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. Mail.

| Counsel for Plaintiff: | Counsel for UC Regents: |
|---|---|
| **SARI LAW FIRM**<br>Yakup Sari, Esq.<br>540 N Golden Cir Dr. # 303<br>Santa Ana, CA 92705<br>Tel: (949) 426-5071<br>E-mail: info@sarilaw.us | **PORTER SCOTT**<br>**A PROFESSIONAL CORPORATION**<br>Lindsay A. Goulding, SBN 227195<br>Raquel C. Caballero, SBN 340234<br>2180 Harvard Street, Suite 500<br>4 Sacramento, California 95815<br>lgoulding@porterscott.com<br>rcaballero@ponerscott.com<br>TEL: 916.929.1481<br>FAX: 916.927.3706 |

  I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on December 29, 2025 at Gold River, California.

         */s/ Debra Vega*
         _____
         Debra Vega

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

DEFENDANT JEFFREY PEARL'S CORRECTED EX. K
Case No.

2

**Exhibit K**

**RIVERA HEWITT PAUL LLP**
SHANAN L. HEWITT (SBN 200168)
2355 Gold Meadow Way, Ste. 170
Gold River, California 95670
Tel: 916-922-1200
Fax: 916-922-1303
Email: shewitt@rhplawyers.com

Attorneys for Defendant
DR. JEFFREY PEARL

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

# IN AND FOR THE COUNTY OF YOLO

| | |
|---|---|
| SHREE PANDEY, an Individual, <br><br>Plaintiff, <br><br>vs. <br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, A CALIFORNIA PUBLIC CORPORATION; DR. JEFFREY PEARL, AN INDIVIDUAL; AND DOES 1-20, INCLUSIVE, <br><br>Defendants. | CASE NO.: CV2025-1124 <br><br>**DEFENDANT DR. JEFFREY PEARL'S SEPARATE NOTICE OF REMOVAL OF ACTION** |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD: PLEASE TAKE NOTICE** that Defendant DR. JEFFREY PEARL, hereby removes the above-stated state court action to the United States District Court for the Eastern District of California.

DATED: December 29, 2025                    Respectfully submitted,

                                            RIVERA HEWITT PAUL LLP

                                            */s/ SHanan Hewitt*
                                            _____
                                            SHANAN L. HEWITT
                                            Attorneys for Defendant
                                            DR. JEFFREY PEARL

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

DEFENDANT JEFFREY PEARL'S SEPARATE NOTICE OF REMOVAL OF ACTION
Case No.

1